# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| | | | |
|---|---|---|---|
| Case No. | EDCR 18-283-GW | Date | December 20, 2018 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: NONE

| Javier Gonzalez | Carol J. Zurborg | Alexis D. Gregorian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Sang Churl Paik | | ✔ | ✔ | Steven J. Katzman | ✔ | | ✔ |

**Proceedings:** **CHANGE OF PLEA**

Defendant moves to Change plea to Count One of the Information.

Defendant enters a new and different plea of Guilty to Count One of the Information.

The Court questions the Defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the Defendant to the Probation Office for an investigation and report and continues the matter to May 30, 2019 at 8:00 a.m. for sentencing.

Parties are to submit their sentencing positions by no later than May 23, 2019.

The Court vacates the Court and/or Jury Trial date.

                                                                 : 23

Initials of Deputy Clerk    JG